**STATE of Missouri, Respondent,**

v.

**Jeffrey MIZANSKEY, Appellant.**

**No. WD 52933.**

Missouri Court of Appeals,
Western District.

June 24, 1997.

**94**

Gary E. Brotherton, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Fernando Bermudez, Assistant Attorney General, Jefferson City, for Respondent.

Before ELLIS, P.J., and LOWENSTEIN and HOWARD, JJ.

*ORDER*

PER CURIAM:

Jeffrey G. Mizanskey appeals from his conviction by jury of possession of a controlled substance with the intent to distribute, § 195.211.2, RSMo 1994.

The judgment is affirmed. Rule 30.25(b).